```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,
                Plaintiff,

- against -

BANK OF AMERICA, N.A.,
                    Defendant.

**ORDER**

15 Civ. 8153 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following schedule will apply to Plaintiff's motion to retransfer venue and Defendant's motion for judgment on the pleadings:

      1. Motions are due on **December 22, 2015**;

      2. Oppositions are due on **January 11, 2016**; and

      3. Replies, if any, are due on **January 25, 2016**.

Dated: New York, New York
       November 27, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge