

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
**T** 410.244.7400   **F** 410.244.7742   www.Venable.com

Gregory A. Cross
**T** 410.244.7725
**F** 410.244.7742
gacross@venable.com

January 27, 2016

**VIA ECF**

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    U.S. Bank National Association, as successor to Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Citigroup Commercial Mortgage Trust 2006-C6, Commercial Mortgage Pass-Through Certificates, Series 2007-C6 v. Bank of America, N.A., 15-cv-08153 (PGG)

Dear Judge Gardephe:

    I represent Plaintiff U.S. Bank National Association, as successor to Wells Fargo Bank, National Association, as Trustee for the Registered Holders of Citigroup Commercial Mortgage Trust 2006-C6, Commercial Mortgage Pass-Through Certificates, Series 2007-C6 (the "Trust"), acting by and through its Special Servicer CWCapital Asset Management LLC, in the above-referenced action. I write to respectfully request that the Court schedule a hearing for oral argument on the Plaintiff's Motion to Retransfer to the Southern District of Indiana (Dkt. No. 56) and Bank of America, N.A.'s Motion for Judgment on the Pleadings (Dkt. No. 54).

                      Respectfully submitted,

                      /s/ Gregory A. Cross

                      Gregory A. Cross

cc:    Counsel of Record (via ECF)