

200 Park Avenue
New York, NY 10166
T +1 212 294 6700
F +1 212 294 4700

LUKE A. CONNELLY
Partner
(212) 294-6882
lconnelly@winston.com

January 27, 2016

**By ECF**
Hon. Paul G. Gardephe
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, NY 10007

**Re:** *U.S. Bank National Association v. Bank of America, N.A.*__, 15-cv-8153 (PGG)(DKL)__

Dear Judge Gardephe:

     We represent Defendant Bank of America, N.A. ("BANA") in the above-captioned action. Pursuant to this Court's Individual Rules of Practice, we write to request oral argument on BANA's Motion for Judgment on the Pleadings (ECF No. 54). Thank you in advance for the Court's consideration of this application.

     Respectfully submitted,

     */s/ Luke A. Connelly*
     Luke A. Connelly

cc:    Counsel of Record via ECF