UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,

      Plaintiff,

   - against -

BANK OF AMERICA, N.A.,

      Defendant.

**ORDER**

15 Civ. 8153 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

   The conference currently scheduled for November 12, 2021 is adjourned <u>sine</u> <u>die</u>. By November 12, 2021, the parties will provide a joint status letter updating the Court on their progress in completing discovery.

Dated:  New York, New York
     November 8, 2021

SO ORDERED.

*/s/ Paul G. Gardephe*
Paul G. Gardephe
United States District Judge